1  Caroline Larsen, SBN 022547
2  Douglas (Trey) Lynn, SBN 028054
   OGLETREE, DEAKINS, NASH,
3  SMOAK & STEWART, P.C., #00504800
   2415 East Camelback Road, Suite 800
4  Phoenix, Arizona 85016
5  Telephone:  (602) 778-3700
   Caroline.Larsen@ogletreedeakins.com
6  Trey.Lynn@ogletreedeakins.com

7  Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ADVOCATES FOR INDIVIDUALS WITH DISABILITIES FOUNDATION, INC., a charitable non-profit foundation,<br><br>Plaintiff,<br><br>vs.<br><br>CIRCLE K PROPERTIES INC.,<br><br>Defendant. | No. _____<br><br>**NOTICE OF REMOVAL** |

To the Clerk of the Court:

PLEASE TAKE NOTICE that Defendant Circle K Properties, Inc. ("Circle K") hereby removes to this Court the state court action described below.

On June 9, 2016, Plaintiff Advocates For Individuals With Disabilities Foundation, Inc. ("Plaintiff") filed a Complaint in the Superior Court of the State of Arizona, Maricopa County. The Complaint is captioned *Advocates For Individuals With Disabilities Foundation, Inc. a charitable non-profit foundation v. Circle K Properties Inc.*, Case No. CV2016-006983. Circle K received a copy of the Complaint and Summons by personal service on June 21, 2016. Circle K is filing this Notice within thirty (30) days of its receipt of these documents.

By signing below, counsel for Circle K verifies that true and correct copies of the Complaint, Summons, and Certificate of Compulsory Arbitration served upon Circle K are attached hereto as Exhibit "A." The Complaint is the initial pleading setting forth Plaintiff's claims for relief. There have not been any other forms of process, pleadings, or orders served on Circle K in this matter.

This is a civil action in which Plaintiff alleges that Circle K violated a variety of statutes, including the Americans with Disabilities Act of 1990 as amended ("ADA), 42 U.S.C. § 12101 *et seq.*, with respect to the provision of public services and public accommodations to individuals with disabilities. Accordingly, removal is authorized by 28 U.S.C. § 1331.

Circle K served a copy of this Notice on Plaintiff, who is currently represented by counsel. Circle K also filed a copy of this Notice with the clerk of Superior Court of the State of Arizona, Maricopa County, from where the action is being removed, pursuant to Rule 3.7(a), Local Rules of the United States District Court for the District of Arizona. A copy of the Notice filed with the state court clerk is attached hereto as Exhibit "B."

This Notice is signed pursuant to Rule 11, Federal Rules of Civil Procedure, as required by Local Rule 3.7(a).

DATED this 15th day of July 2016.

      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

      By:  s/ Caroline Larsen
         Caroline Larsen, SBN 022547
         Douglas (Trey) Lynn, SBN 028054
         Esplanade Center III, Suite 800
         2415 East Camelback Road
         Phoenix, AZ 85016
         Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing. I also hereby certify that on the 15th day of July 2016, I served the attached document by U.S. Mail on:

Peter Strojnik
STROJNIK P.C.
1 East Washington Street, Suite 500
Phoenix, AZ 85004
3589ebaselinerd@aadi.org


    s/Jan Madsen

25151560.1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700